Form B18 (Official Form 18)
(1/98)

# United States Bankruptcy Court
## Central District of California
21041 Burbank Blvd, Woodland Hills, CA 91367

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

**DEBTOR(S) INFORMATION:**
AVIV, EYAL
**SSN:** 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
**EIN:** N/A
6049 FLAME TREE LN
WOODLAND HILLS, CA 91367

**BANKRUPTCY NO.** SV 02-18510-AG

**CHAPTER** 7

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

**Jon D. Ceretto**
Clerk of the Court

Date: January 6, 2003

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

(Form rev. 1/98) VAN-30

37 /RTO

000039

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

k-18510-AG    Doc 37-1    Filed 01/06/03    Entered 01/06/03 00:00:00    Desc
CERTIFICATE OF SERVICE

```
District/off: 0973-1        User: RTO              Page 1 of 1           Date Rcvd: Jan 07, 2003
Case: 02-18510-AG           Form ID: VAN-30        Total Served: 53

The following entities were served by first class mail on Jan 09, 2003.
D        AVIV, EYAL,    6049 FLAME TREE LN,   WOODLAND HILLS, CA 91367
DA       NATHAN A BERNEMAN,   3835-R E THOUSAND OAKS BLVD #152,   WESTLAKE VILLAGE, CA 91362
T        DAVID K GOTTLIEB,    15233 VENTURA BLVD, 9TH FLR,   SHERMAN OAKS, CA 91403
1        INTERNAL REVENUE SERVICE (HQ 5420),    P.O. BOX 99,    SAN JOSE, CA 95103-0099
2        TAX COLLECTOR'S OFFICE,   COUNTY OF VENTURA,   800 SOUTH VICTORIA AVE,   VENTURA, CA 93009-0001
3        LOS ANGELES CITY CLERK,    P. O. Box 53200,   LOS ANGELES, CA 90053-0200
4        FRANCHISE TAX BOARD,   ATTN: BANKRUPTCY,    P. O. BOX 2952,   SACRAMENTO, CA 95812-2952
5        EMPLOYMENT DEVELOPMENT DEPARTMENT,    BANKRUPTCY GROUP MIC 92E,    P.O. BOX 826880,
           SACRAMENTO, CA 94280-0001
6       +INTERNAL REVENUE SERVICE,   INSOLVENCY I STOP 5022,    300 N LOS ANGELES ST, ROOM 4062,
           LOS ANGELES, CA 90012-3308
7        UNITED STATES TRUSTEE,    21051 WARNER CENTER LANE, SUITE 115,   WOODLAND HILLS, CA 91367
8        ADAM SNOW,   2042 BETH ANN WAY,   MIAMISBURG, OH 45342
9       +ALLIED INTERSTATE, INC.,    P.O. BOX 361744,   CINCINNATI, OH 45236
10       AMERICAN EXPRESS,    4564 EAST LOS ANGELES ST, STE. G&H,   SIMI VALLEY, CA 93063
11       BANK OF AMERICA,   SYCAMORE PLAZA,    2830 COCHRAN ST.,   SIMI VALLEY, CA 93065
12       BANK OF AMERICA,   PO BOX 53132,    PHOENIX, AZ 85072-3132
13      +CALIFORNIA FINANCIAL CREDIT ASSOC.,    17750 SHERMAN WAY, SUITE 100,   RESEDA, CA 91335-8331
14      +CITI CARDS,   P.O. BOX 6413,    THE LAKES, NV 88901-6413
15       COHEN MOTOR CO.,    12265 SAN FERNANDO RD.,   SYLMAR, CA 91342
16       DEREK HEYBROEK,    20 WILTON CREST,   WIlTON, CT 06897
17       DISCOVER CARD,   P.O. BOX 3008,    NEW ALBANY, OH 43054-3008
18       DISTRICT ATTORNEY'S OFFICE,    ATTN: NSF CHECK UNIT,    4245 MARKET ST., SUITE 211,
           VENTURA, CA 93003
19       DUN & BRADSTREET,    P.O. BOX 318045,    INDEPENDENCE, OH 44131
20       EARTHLINK, INC.,    P.O. BOX 7645,    ATLANTA, GA 30357-0645
21      +EDISON,   P.O. BOX 600,    ROSEMEAD, CA 91771-0001
22       ELIZABETH PIPER,    CLUB NACITICIA,    1300 SOUTHAMPTON RD., APT. 189,   BENICIA, CA 94510
23       FIRESIDE THRIFT,    16000 VENTURA BLVD, SUITE 102,   ENCINO, CA 91436
24       FIRESIDE THRIFT,    5060 HOPYARD ROAD, SUITE 200,   PLEASANTON, CA 94588
25       GC SERVICES LIMITED PARTNERSHIP,    6330 GULFTON,   HOUSTON, TX 77081
26       GUARANTY COLLECTION CO, INC.,    26500 W. AGOURA RD, #658,   CALABASAS, CA 91302
27      +HOUSEHOLD,   P.O. BOX 98715,   LAS VEGAS, NV 89193-8715
28      +HOUSEHOLD CREDIT SERVICES,    P.O. BOX 60102,   CITY OF INDUSTR, CA 91716-0102
29      +KOHNER, MANN & KAILAS,    1572 E. CAPITOL DR.,    P.O. BOX 11982,   MILWAUKEE, WI 53211-0982
30       METROPOLITAN ADJUSTMENT BUREAU,    22212 VENTURA BL.1 SUITE 200,   WOODLAND HILLS, CA 91364
31       MICHAEL D. FORTE,    4607 TOREY CIRCLE U308,   SAN DIEGO, CA 92130
32       MONEY CONTROL, INC.,    7891 MISSION GROVE PARKWAY SOUTH,   RIVERSIDE, CA 92508
33       NETREVOLUTION.COM,    548 S. SPRING ST., SUITE 814,   LOS ANGELES, CA 90013
34       NEXTEL COMMUNICATIONS,    POST OFFICE BOX 17990,   DENVER, CO 80217-0990
35       ONYX CORP.,    27051 TOWN CENTER DR.,   FOOTHILL RANCH, CA 92610
36      +ORCHARD BANK,   BANKCARD SERVICES,    P.O. BOX 60102,   CITY OF INDUSTR, CA 91716-0102
37      +PACIFIC BELL,   PAYMENT CENTER,    VAN NUYS, CA 91388-0001
38      +PENNCRO ASSOCIATES, INC.,    95 JAMES WAY, SUITE 113,   SOUTHAMPTON, PA 18966-3847
39      +PROVIDIAN,   P.O. BOX 9539,    MANCHESTER, NH 03108-9539
40      +PROVIDIAN,   P.O. BOX 9541,    MANCHESTER, NH 03108-9541
41       PS BUSINESS PARKS, INC.,    17326 EDWARDS RD., SUITE 115,   CERRITOS, CA 90703
42       ROBERT NAVARRO III,    158 MIDDLE TOWN,   SEGUIN, TX 78155
43       SEC/PACIFIC BELL,    PAYMENT CENTER,   VAN NUYS, CA 91388
44       STATE FARM INSURANCE,    5145 STERNS ST.,   SIMI VALLEY, CA 93063
45       STEPHEN DURINGER, ESQ.,    18002 COWAN, FIRST FLOOR,   IRVINE, CA 92614
46       TITAN MOTORSPORTS/BOTTLE DELIWALA,    17148 N. GOLDENROD RD, BLDG A, #2,   ORLANDO, FL 32807
47      +UNITED PARCEL SERVICE,    P.O. BOX 650580,   DALLAS, TX 75265-0580
48      +VERIZON,   P.O. BOX 30001,    INGLEWOOD, CA 90313-0001
49       WELLS FARGO FINANCIAL LEASING,    EQUITABLE BUILDING,   604 LOCUST ST., 15TH FLOOR,
           DES MOINES, IA 50309
50       WESLEY STRONG,   5338 NORTHRIDGE BI.,   NORTH RICHLAND, TX 76180

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Jan 09, 2003        Signature: _Joseph Speetjens_